```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L.E.K. Consulting LLC,

                      Plaintiff,

-against-

Romark Global Pharma, LLC,

                      Defendant.

1:22-cv-10319 (GHW) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

       This case has been referred to me for general pretrial management and dispositive motions. (Order, ECF No. 13.) The parties (or, if no defendant has appeared in the case, only the plaintiff) shall appear for a Telephone Conference on Thursday, January 19, 2023 at 11:30 a.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:       New York, New York
                 January 12, 2023

                                                                     _/s/ Stewart D. Aaron_
                                                                  STEWART D. AARON
                                                                  United States Magistrate Judge