```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L.E.K. Consulting LLC,

                Plaintiff,

-against-

Romark Global Pharma, LLC,

                Defendant.

1:22-cv-10319 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference, for which only Plaintiff appeared, and for the reasons stated on the record, it is hereby Ordered that Plaintiff shall seek a Clerk's Certificate of Default no later than January 26, 2023.

**SO ORDERED.**

DATED:    New York, New York
             January 19, 2023

_____
STEWART D. AARON
United States Magistrate Judge