```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                              :
L.E.K. CONSULTING LLC,                 :
                                              :
                              Plaintiff,    :           1:22-cv-10319-GHW
                                              :
                       -v -                        :           <u>ORDER</u>
                                              :
ROMARK GLOBAL PHARMA, LLC,     :
                                              :
                                  Defendant.   :
                                              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Plaintiff seeks default judgment under Federal Rule of Civil Procedure 55(b)(1). *See* Dkt. No. 23. Plaintiffs are hereby ordered to proceed in their default judgment application under Judge Woods's Individual Rules of Practice in Civil Cases. Plaintiff is excused from complying with rules 3 and 5 in Attachment A of Judge Woods's Individual Rules; all other rules must be complied with.

      SO ORDERED.

Dated: February 3, 2023
       New York, New York

                                                                       _____
                                                                       GREGORY H. WOODS
                                                                  United States District Judge