

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/2023

**Daniel N. Marx**
TEL: 857-321-8360
FAX: 857-321-8361
DMARX@FICKMARX.COM

February 27, 2023                                                                 **MEMORANDUM ENDORSED**

**By ECF**
The Honorable Gregory H. Woods
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 2260
New York, NY  10007

      Re:    ***L.E.K. Consulting LLC v. Romark Global Pharma, LLC***,
            **No. 22-cv-10319 (GHW) (S.D.N.Y.)**

Dear Judge Woods:

      On February 6, 2023, this Court ordered Defendant Romark Global Pharma, LLC ("Romark") to show cause why a default judgment should not enter in favor of Plaintiff L.E.K. Consulting LLC ("L.E.K."). *See* D.E. 30.

      On February 10, 2023, L.E.K. served this Court's Order on Romark by personally serving its registered agent, CT Corporation, in San Juan, Puerto Rico, and on February 16, 2023, L.E.K. filed proof of service. *See* D.E. 31.

      As of today, February 27, 2023, the deadline set by this Court's Order, Romark has failed to serve and file any response. Indeed, Romark has not filed an answer, or other responsive pleading, after having been served with the summons, *see* D.E. 6; complaint, *see* D.E. 1; and amended complaint, *see* D.E. 11, in this matter.

      This matter is currently set for a hearing on March 2, 2023, at 3:00 p.m.

      L.E.K. respectfully requests that this Court adjourn the scheduled hearing and issue the proposed default judgment, *see* D.E. 28, because Romark has failed to appear or respond in any way.

      Alternatively, L.E.K. asks that this Court continue the hearing to another date during the week of March 6, 2023, or thereafter at the Court's convenience, because its counsel has conflicts with two matters also scheduled for March 2, 2023, in the U.S. District Court for the District of Massachusetts (an evidentiary hearing in *Coleman v. City of Boston et al.*, No. 1:18-cv-10646-MLW, and a final pretrial conference in *United States v. Chin et al.*, No. 1:21-cr-1-256-RWZ).

In addition, if the Court is inclined to continue (rather than adjourn) the hearing, L.E.K. also respectfully requests that its undersigned counsel, who is located in Boston, Massachusetts, be permitted to appear by telephone.

Thank you for your consideration of this request.

Sincerely,

Daniel N. Marx

cc (by U.S. mail):
Romark Global Pharma, LLC (*via* CT Corporation, Registered Agent)

---

Application denied.  The Court is unable to continue or adjourn the default judgment proceeding scheduled for March 2, 2023.  The proceeding has been scheduled for a substantial period of time, and, in accordance with the terms of the order to show cause, the defendants were to have been notified of their opportunity to appear at the conference at the scheduled date and time.  Given that the defendants have been notified of the conference and that this request was made shortly before the scheduled conference, the Court cannot grant Plaintiff's request for an adjournment or continuance.  The Court notes, however, that alternative qualified counsel may enter an appearance in this case.  In addition, the Court grants counsel for Plaintiff leave to participate in the March 2, 2023 conference by phone.  Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions.  Counsel for Plaintiff is further instructed to serve a copy of this order on Defendant.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 32.

SO ORDERED.

Dated: February 28, 2023
New York, New York

GREGORY H. WOODS
United States District Judge