```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
L.E.K. CONSULTING LLC,                                        :
                                                              :
                              Plaintiff,                      :    1:22-cv-10319-GHW
                                                              :
              -v -                                            :    ORDER
                                                              :
ROMARK GLOBAL PHARMA, LLC,                                    :
                                                              :
                              Defendant.                      :
                                                              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court has reviewed Plaintiff's submissions in preparation for the March 2, 2023 default judgment hearing. *See* Dkt. No. 29. In doing so, the Court believes it may have found an error in Plaintiff's interest calculations. Specifically, the Court does not calculate that the interest due, as of February 6, 2023, on the June 30, 2020 invoice was $258,400.[1] To aid the Court in resolving this issue, Plaintiff is directed to provide to the Court by March 1, 2023 (a) a filed spreadsheet on the docket with a revised calculation of damages[2] or, in the alternative, (b) to explain to the Court why the claimed calculation is correct.

Plaintiff is directed to file a copy of this order on Defendant.

SO ORDERED.

Dated: February 28, 2023
       New York, New York

                                              _____
                                                    GREGORY H. WOODS
                                                  United States District Judge

---

[1] That number instead appears to reflect the principal of that invoice once the $25,000 payment was made on it on April 19, 2021.

[2] The Court notes that, if Plaintiff agrees that a revised spreadsheet must be filed, Plaintiff should calculate interest differently for days *before* the payment of $25,000 on the principal of the June 30, 2020 invoice, and days *after* that payment.