UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.E.K. CONSULTING LLC,<br>*Plaintiff*,<br><br>v.<br><br>ROMARK GLOBAL PHARMA, LLC,<br>*Defendant*. | No. 1:22-cv-10319 (GHW)<br><br><br><br>**DEFAULT JUDGMENT** |

On December 6, 2022, this action was commenced by Plaintiff L.E.K. Consulting LLC with the filing of a summons and complaint (DE #1, 6); on December 8, 2022, a copy of the summons and complaint was personally served on Defendant Romark Global Pharma, LLC by serving CT Corporation, its registered agent in San Juan, Puerto Rico; and on December 19, 2022, a return of service was filed (DE #14).

On December 12, 2022, Plaintiff L.E.K. Consulting LLC filed an amended complaint (DE #11); on December 21, 2022, a copy of the amended complaint was personally served on Defendant Romark Global Pharma, LLC, by serving CT Corporation, its registered agent in San Juan, Puerto Rico; and on January 2, 2023, a return of service was filed (DE #15).

Defendant Romark Global Pharma, LLC has not answered the complaint or amended complaint, and the time for answering or otherwise responding has expired.

Based on the foregoing, it is ORDERED, ADJUDGED, AND DECREED:

Plaintiff L.E.K. Consulting LLC shall have judgment against Defendant Romark Global Pharma, LLC in the liquidated amount of $1,643,026.00 with interest at 18 percent per annum from the date that each invoice was due to be paid, amounting to $695,298.10, as of February 6, 2023, plus costs and disbursements of this action in the amount of $1,226.38, amounting in total to $2,339,550.48.

As stated at the show-cause hearing on March 2, 2023, Plaintiff has stipulated that it no longer pursues its previous motion for prejudgment attachment (DE #7). Plaintiff has also stipulated to dismissal of his non-contract claims (DE #27 at 1 n.1). The Clerk of Court is accordingly ordered to enter final judgment as described above, to terminate any pending motions, and to close this case.

Dated: March 2, 2023
  New York, New York

_____
Gregory H. Woods
U.S. District Judge